# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTIAN SCHOOLS, INC., | ) | Case No. 09-2324 |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |

## ORDER

On April 23, 2010, Fifth Thrid Bank filed a motion to extend time to make an 11 U.S.C. § 1111(b) election in this case. Pursuant to Fed. R. Bankr. P. 3014, a § 1111(b) election may be made at any time before the conclusion of the hearing on the disclosure statement. The court held a disclosure statement hearing in this case on April 23, 2010, at which time Christian Schools, Inc. (the "Debtor") was allowed 30 days to file an amended disclosure statement. Consequently, the hearing on the disclosure statement has not concluded. Therefore, it is

**ORDERED** that the Motion to Extend Time to Make the 11 U.S.C. § 1111(b) Election, filed by Fifth Third Bank on April 23, 2010 (Document No. 115) be and hereby is DENIED AS MOOT.

1