Order Entered.

*Patrick M. Flatley* (signature)
Patrick M. Flatley
United States Bankruptcy Judge
Dated: Saturday, May 01, 2010 12:06:11 PM

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| *In Re*: § § | |
| CHRISTIAN SCHOOLS, INC., § § | CASE NO. 1:09-bk-02324 |
| Debtor. § | Chapter 11 |

**ORDER**

On April 23, 2010, at Clarksburg, a hearing was held in the above-styled case to consider the Debtor's Motion Under 11 U.S.C. §363 for Order Authorizing Debtor's Use of Cash Collateral and Providing Adequate Protection {Doc. No. 3] and the Motion of Fifth Third Bank to Prohibit Use of Cash Collateral for Reason of Default by Christian Schools, Inc., or in the Alternative, Order Debtor to Employ a Broker to List the Property of the Debtor for Sale [Doc. No. 108]. Based on representations of respective counsel that this matter may be resolved by agreement of the parties, it is hereby

**ORDERED** that parties shall submit a stipulation or agreed order resolving the motion within thirty (30) days of the date of the hearing. Failure to filed the stipulation, agreed order or a request for an extension of time may result in the motion(s) being denied without further order or notice.

The Clerk is directed to transmit copies of this Order to the parties in interest.