May __, 2010

[ Prospective Purchasers or Brokers]
----
----


Re: Christian Schools, Inc., d.b.a. Trinity Christian Schools
Bankruptcy Case No. 09-02324

Dear Madam/Sir:


This letter is provided in accordance with a Court Order employing The Phoenix Group, LLC as broker ("Broker") to market for sale the real estate, buildings and personal property owned by Christian Schools, Inc., d.b.a. Trinity Christian Schools ("Trinity").

Trinity filed for bankruptcy in October 2009 because it was not able to continue to service approximately $8.3 million of debt incurred in the construction of the facility in 2004. Fifth Third Bank (the "Bank") is the senior secured lender in this case and has a lien and/or first mortgage on virtually all of the assets of Trinity ("Property"), including its school buildings and surrounding property and all of the furniture and fixtures associated with the school located in the Sabreton area of Monongalia County.

Trinity is continuing to operate under Chapter 11 of the bankruptcy code and has offered to purchase the Property for $3.25 million. Trinity has advised the Court and the Bank that it intends to close the school at the end of this school year if such a purchase is not closed within that time. Fifth Third Bank has determined this offer to be unsatisfactory.

The Court and the Bank are in possession of appraisals that suggest that the value of the Property may far exceed Trinity's current offer. These appraisals suggest a value of $8.9 million, excluding the personal property. The Bank intends to obtain the best price obtainable for such property through marketing and sale. Accordingly the Court has entered an order employing The Phoenix Group, LLC and Michael Castle to act as a real estate broker and solicit offers for the Property.

Sales of property in a chapter 11 case are accomplished under Court supervision and typically such sales are free and clear of liens and encumbrances with liens to attach to the sale proceeds, Accordingly if the Broker receives an offer which in the opinion of the Bank is satisfactory the Bank will urge the Trinity to file the necessary paperwork with the Court to consummate the sale.

The purpose of this letter is to reassure persons interested in buying the Property that Mr. Castle does have the authority of the Court to solicit offers for the purchase of the Property. The Bank will take all necessary legal action on any offer the Bank believes is a reasonable offer to bring the offer before the court and seek an appropriate sale order of the Property. Trinity would have the right to match or pay more for the Property should an offer be made.

EXHIBIT
C

Should you have further questions concerning this letter, the sale of the Property or the pleadings and the process of the Bankruptcy Court, please feel free to contact me, Thomas R. Noland, via E-mail at tnoland@statmanharris.com or at 937-222-1090. This letter has been reviewed by Trinity and it should not be disseminated by you to others not employed or associated with you.

Sincerely,

Statman Harris & Eyrich, LLC


_____

Thomas R. Noland